# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BARRON J. GOFF** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:15cv402-HSO-JCG** |
| | § | |
| | § | |
| **MARSHALL FISHER,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [36] of United States Magistrate Judge John C. Gargiulo, entered in this case on April 14, 2017.  The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [36], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE